IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HOLLY A. FLOERKE,

        Plaintiff,        JUDGMENT IN A CIVIL CASE

v.        Case No. 17-cv-567-wmc

SSM HEALTH CARE PLAN and
UNUM LIFE INSURANCE COMPANY
OF NORTH AMERICA,

        Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants SSM Health Care Plan and Unum Life Insurance Company of North America against plaintiff Holly A. Floerke dismissing this case.

    __s/ A. Wiseman, Deputy Clerk__    ____October 18, 2018____
    Peter Oppeneer, Clerk of Court               Date